Deatia J. McFARLIN, Plaintiff–
Appellant,

v.

STATE BOARD OF TECHNICAL AND
ADULT EDUCATION, Technical Col-
lege System of Georgia, et al., Defen-
dants–Appellees.

No. 12–15546

Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Aug. 6, 2013.

S. Wesley Woolf, S. Wesley Woolf, PC,
Savannah, GA, for Plaintiff–Appellant.

Shelley S. Seinberg, Annette M. Cowart,
Samuel Scott Olens, Attorney General's
Office, Atlanta, GA, for Defendants–Appel-
lees.

Before WILSON, ANDERSON, and
EDMONDSON, Circuit Judges.

PER CURIAM:

Deatia McFarlin, an instructor at the
Savannah Technical College, appeals from
the district court's grant of summary judg-
ment in favor of defendants in her employ-
ment suit under 42 U.S.C. § 2000e–2(a)(1)
and 42 U.S.C. § 1983. The appeal pres-
ents this issue:

> Whether the district court erred in
> granting summary judgment against
> McFarlin on her race discrimination
> claims challenging her (a) placement on
> disciplinary leave; and (b) termination
> of employment.

The case was decided under the familiar
*McDonnell Douglas* framework. McFar-
lin failed to establish a *prima facie* case
that her placement on "leave" was based
on racial discrimination, as she failed to
show sufficiently that similarly situated
employees were treated more favorably
than she. Even if she had established a
*prima facie* case, McFarlin did not carry
her burden to show sufficiently that the
proffered nondiscriminatory reasons for
her placement on leave, including her per-
ceived insubordination, were mere pre-
texts. Even if McFarlin established a *pri-
ma facie* case that her termination was
discriminatory, she did not show sufficient-
ly that the proffered reasons for her termi-
nation, specifically the receipt of several
student complaints and her perceived un-
willingness to improve, were pretextual.

The courts do not decide about the wis-
dom of the employer's decisions. And an
employer's own perception of events is im-
portant. Therefore, the district court, giv-
en the evidence in this record and lack of
evidence, did not err in granting summary
judgment in favor of defendants.

AFFIRMED.